UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NUMBER 18-0148-02 |
| VERSUS | * | JUDGE TERRY A. DOUGHTY |
| DAVID RAY JOHNSON | * | MAG. JUDGE KAREN L. HAYES |

## **JUDGMENT**

The Report and Recommendation of the Magistrate Judge having been considered, no objections having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that this Court finds, by a preponderance of the evidence, that Defendant David Ray Johnson is competent to stand trial at this time.

MONROE, LOUISIANA, this 23rd day of May, 2019.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE